IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTHONY NEAL,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.                                                  No. 04-CV-636-DRH

## ORDER

**HERNDON, District Judge:**

The Court takes up this matter for purposes of docket control. On September 9, 2004, Plaintiff filed a complaint signed by his counsel (Doc. 1) and a *pro se* motion for IFP status signed by Plaintiff (Doc. 2). On November 19, 2004, the Court granted Plaintiff's motion for IFP status (Doc. 3), but service has not yet been effected.

The Court **DIRECTS** Plaintiff's attorney to prepare the summonses and USM-285 forms for Defendant, the United States Attorney, and the Attorney General and to forward these documents to the Clerk of the Court for issuance. Once summonses are submitted, the Court **DIRECTS** the United States Marshal to obtain service on same. Costs of service shall be borne by the United States of America.

**IT IS SO ORDERED.**

Signed this 28th day of June, 2005.

                                                             /s/   David RHerndon
                                                             **United States District Judge**