IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ANTHONY NEAL,**

**Plaintiff,**

**v.**

**JO ANNE BARNHART, Commissioner of
Social Security,**

**Defendant.**                                          **No. 04-CV-636-DRH**

## ORDER

**HERNDON, District Judge:**

      Before the Court is Plaintiff's motion for an extension of time to file the brief in support of Plaintiff's complaint. (Doc. 17.) The Court **GRANTS** this motion, and **EXTENDS** Plaintiff's time to submit his brief until March 3, 2006. This is Plaintiff's third extension of time to file said brief. Any further extensions will only be granted for the most exigent of circumstances and, even then, only for a brief as is needed to cover the exigency.

      **IT IS SO ORDERED.**

      Signed this 3rd day of February, 2006.

                                       /s/        David   RHerndon
                                        **United States District Judge**