IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ANTHONY NEAL,**

**Plaintiff,**

**v.**

**JO ANNE BARNHART, Commissioner of
Social Security,**

**Defendant.**                                                    **No. 04-CV-636-DRH**

### ORDER

**HERNDON, District Judge:**

On September 9, 2004, Plaintiff Anthony Neal ("Plaintiff") filed suit against the Commissioner of Social Security, seeking judicial review of the administrative agency's decision. (Doc. 1.) Specifically, pursuant to **42 U.S.C. 405(g)**, Neal sought judicial review of the Social Security Administration's decision to terminate his Disability Insurance Benefits and Supplemental Security Income. (Doc. 1.) This matter comes before the Court on a Report and Recommendation ("the Report") issued by United States Magistrate Judge Clifford J. Proud on July 18, 2006 pursuant to **28 U.S.C. § 636(b)(1)(B)**. (Doc. 24.) Magistrate Judge Proud's Report recommends that the Social Security Administration's decision to terminate Plaintiff's Disability Insurance Benefits and Supplemental Security Income based on cessation of Plaintiff's disability as of March 1, 2000 be affirmed in all respects. (*Id*.)

Under **Rule 73.1 of the Local Rules of the Southern District of Illinois**, the parties had ten days in which to serve and file written objections to the Report. As

of this date, no objections have been filed. The ten-day period in which parties may file objections has expired. Therefore, pursuant to **28 U.S.C. § 636(b)**, this Court need not conduct de novo review. ***Thomas v. Arn*, 474 U.S. 140, 149-52 (1985)**.

Accordingly, the Court **ADOPTS** Judge Proud's Report (Doc. 24), and **AFFIRMS** the Social Security Administration's decision to terminate Plaintiff's Disability Insurance Benefits and Supplemental Security Income.

**IT IS SO ORDERED.**

Signed this 28th day of August, 2006.

/s/      David   RHerndon
**United States District Judge**