IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ANTHONY NEAL,**

    **Plaintiff,**

**-vs-**                                                    **No.  04-CV-636 DRH**

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**

    **Defendant.**

## JUDGMENT IN A CIVIL CASE

      **DECISION BY COURT.**  This action came to hearing before the Court on a Report ans Recommendation from United States Magistrate Judge Clifford J. Proud.

      **IT IS ORDERED AND ADJUDGED** that the Report is adopted in its entirety. The decision of the agency to terminate Plaintiff's Disability Insurance Benefits and Supplemental Security Income is **AFFIRMED.**

                                                             **NORBERT G. JAWORSKI, CLERK**

August 29, 2006.                                         By: s/Patricia Brown
                                                                         Deputy Clerk

APPROVED:/s/     David   RHerndon
                  **U.S. DISTRICT JUDGE**